**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7670**

DANIEL WEBSTER HILL,

            Plaintiff - Appellant,

      v.

CORRECTIONAL MEDICAL SERVICES, INC.; TIFFANY BENNETT; TRICIA
BAKER, CMS/Rep,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge.
(8:07-cv-03060-DKC)

Submitted:  July 30, 2009          Decided:  August 3, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Webster Hill, Apellant Pro Se. Philip Melton Andrews,
Katrina J. Dennis, KRAMON & GRAHAM, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Webster Hill appeals from the district court's order granting summary judgment to Defendants in his 42 U.S.C. § 1983 (2006) suit. On appeal, Hill asserts that the district court erred in denying his request for appointment of counsel, misled him into believing counsel had been appointed, and improperly scheduled the due date for his reply brief to the motion for summary judgment. Our review of the record reveals that the district court acted properly and did not abuse its wide discretion in such matters. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED